**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT GRUCHACZ,** <br><br> Plaintiff, <br><br> *v.* <br><br> **COVENTRY RESOURCES LLC and REID BUERGER,** <br><br> Defendants. | : | **Civil Action** <br> **No. 22-4734-KSM** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robert N. Feltoon, Esquire as counsel for Defendants Coventry Resources LLC and Reid Buerger.

Respectfully submitted,

Date: December 20, 2022

*/s/ Robert N. Feltoon*
Robert N. Feltoon, Esquire
Conrad O'Brien PC
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below the foregoing Notice of Appearance was electronically filed pursuant to the Court's ECF system and the documents are available for downloading and viewing from the ECF system. Notice of this filing will be sent to all parties by operation of the ECF system.

*/s/ Robert N. Feltoon*
Robert N. Feltoon

Dated: December 20, 2022