IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GRUCHACZ, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 22-4734 |
| COVENTRY RESOURCES LLC and REID BUERGER, | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this **30th** day of **September, 2024**, upon consideration of Defendants Coventry Resources LLC's and Reid Buerger's Renewed Motion to Compel Arbitration (ECF No. 14), Plaintiff's Opposition to Defendants' Renewed Motion to Compel Arbitration and Cross Motion to Stay This Action Pending Arbitration (ECF No. 15), Defendants Coventry Resources LLC's and Reid Buerger's Reply in Support of Renewed Motion to Compel Arbitration (ECF No. 16), and after consideration of the representations made by counsel at oral argument held on November 27, 2023, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The plaintiff and the defendants shall proceed to arbitration on Counts I, II, V and VI of the First Amended Complaint in accordance with the terms of the arbitration agreement in the Performance Bonus Plan.

2. This case will be stayed as to Counts III and IV of the first amended complaint pending the completion of the arbitration.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**