**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT GRUCHACZ,

Plaintiff,

v.

COVENTRY RESOURCES LLC, et al.,

Defendants

No. 22-cv-4734-KNS

**STIPULATION OF DISMISSAL**
**PURSUANT TO LOCAL RULE 41.1**

The parties, through their undersigned counsel, and pursuant to Local Rule 41.1(b), hereby stipulate to the dismissal with prejudice of the above-captioned action with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Adam H. Garner
Adam Harrison Garner (320476)
Melanie J. Garner (315058)
The Garner Firm, Ltd.
1617 John F. Kennedy Blvd., Suite 550
Philadelphia, PA 19103
Tel: (215) 645-5955
Fax: (215) 645-5960
adam@garnerltd.com
melanie@garnerltd.com

*Attorneys for Plaintiff*

/s/ Robert Feltoon (w/permission by AHG)
Robert Feltoon
Christopher Lucca
Clark Hill
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
rfeltoon@clarkhill.com
clucca@clarkhill.com

*Attorneys for Defendants*

Dated: February 4, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2025, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ Adam H. Garner
Adam Harrison Garner